# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE: The Hon. Allison H. Goddard

| FROM:  J. Simmons, Deputy Clerk | RECEIVED DATE:  October 15, 2019 |
|---|---|
| CASE NO.  19-cv-01499-WQH-AHG | DOC FILED BY:  Rickelldrick White |
| CASE TITLE:  White v. Perez et al | |
| DOCUMENT ENTITLED:  Motion for Appointment of Counsel | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:   October 16, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  October 16, 2019              CHAMBERS OF:  The Honorable Allison H. Goddard

cc: All Parties                      By:  LC1