In the United States District Court for the Southern District of California

FILED Oct 16 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ TrishaF DEPUTY

NUNC PRO TUNC
Oct 15 2019

Rickelldrick White,
 Plantiff,

v.

I. Perez et al,
 Defendants

Case No. '19CV1499W(QHA)HG

Motion for Appointment of Counsel

Pursuant to 28 U.S.C 1915(e)(1) Plantiff moves for an order appointing counsel to represent her in this case. In support of this motion, Plantiff states:

1. Plantiff is unable to afford counsel. She has been granted leave to proceed in forma pauperis on October, 2, 2019. Plantiffs imprisonment

2. Plaintiffs imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting

testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are:

(a) Empty envelopes of requested attornies

Wherefore, Plaintiff requests that the court appoint a competent member of the Cal. Bar as counsel in this case.

10-13-2019

R_ White

Rickelldrick White

R.J.D
480 Alta Rd
San Diego CA 92179

ATTACHED:
Empty ENvolopes Am Sent to Lawyers

# Prisoner Advocacy Network
National Lawyers Guild, San Francisco Bay Area Chapter
Supervising Attorney Jesse Stout, CBN 284544
558 Capp St., San Francisco, CA 94110
Tel. (415) 285-5067, Fax (415) 285-5066, Email pan@nlgsf.org

CONFIDENTIAL LEGAL DOCUMENT – PRIVILEGED COMMUNICATION

February 11, 2019

Dear Ms. Whitte:

We received your letter dated January 4 on February 11, 2019. In your letter you included original documents. We scanned and saved the documents that you sent us, and we are returning the original documents to you now.

This is not an official response, you should receive a more substantive letter from your advocate soon.

Thank you,


Rylee Hawkins
PAN Administrative Intern
Under the Supervision of Jesse Stout
Attorney at Law

To court clerk John Morrill     10-10-19

Please send the local rules for this district I may need for filings and etc pertaining to the civil complaint I have presented to the court. Since I currently do not have counsel reprentation this may be helpful. Also any forms I may need as well. Thank you for your time.

Rickeldrick White
#BA743

Included is a motion to be filed with the court.

Ben Rudin, Attorney at Law
3830 Valley Centre Dr.
Ste. 705, PMB 231
San Diego, CA 92130

SAN DIEGO CA 920

CONFIDENTIAL
LEGAL MAIL

CONFIDENTIAL
LEGAL MAIL

C13-1002

R. WHITE BA-7413
RJD
480 ALTA RD.
SAN DIEGO, CA 92179

DELIVERED

LEGAL MAIL

THE LAW OFFICES OF
Mark Redmond, PC
Attorney at Law
555 University Avenue, Suite 154
San Diego, CA 92179Sacramento, CA 95822

LOS ANGELES CA 900
28 JAN 2019 PM 9 L

D6-1474

Rickelldrick White
#BA-7413
CSP-RJD
480 Alta Road
San Diego, CA 92179

DELIVERED JAN 3 0 2019

92179-000180

CONFIDENTIAL LEGAL MAIL





Jesse Stout, Esq. CBN 344
558 Capp St.
San Francisco, CA 94110

Legal
Confidential

Rickeldrick White
BA7413 — C13-102
R.J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

DELIVERED FEB 19 2019

Legal Confidential

Route #BA-443
RJD
480 Alta Rd
San Diego CA 92179

RECEIVED
OCT 15 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA. 92101




10/13/19