XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
LYNDSAY CRENSHAW
Deputy Attorney General
State Bar No. 246743
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9503
  Fax: (619) 645-2581
  E-mail: Lyndsay.Crenshaw@doj.ca.gov
*Attorneys for Defendants
I. Perez, D. Coleman, O. Quionez, L. Rodrin,
S. Chat, E.Bradley, M. Gonzalez, Y. Abdi,
and Q. Jackson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKELLDRICK WHITE,**<br><br>                  Plaintiff,<br><br>v.<br><br>**I. PEREZ, et al.,**<br><br>                  Defendants. | 19cv1499-WQH-AHG<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |

Defendants I. Perez, D. Coleman, O. Quionez, L. Rodrin, S. Chat, E.Bradley, M. Gonzalez, Y. Abdi, and Q. Jackson (Answering Defendants), answer the Complaint, and deny any material allegations that are not explicitly admitted, and admit and deny the material allegations, as follows:

### A.    JURISDICTION

Answering Defendants admit that this Court has jurisdiction under 28 U.S.C. § 1343(a)(3). Other material allegations in this section of the Complaint not specifically admitted are denied.

/ / /

1

### B. PARTIES

1. Answering Defendants admit Plaintiff resided at Richard J. Donovan Correctional Facility (RJD) during the events in question. Other material allegations in this section of the Complaint not specifically admitted are denied.

2. Answering Defendants admit they were employed in the capacity alleged at the time of the incident. Other material allegations in this section of the Complaint not specifically admitted are denied.

### C. CAUSES OF ACTION

Count 1: Excessive Force

Page 5:[1] Defendants admit that Plaintiff was searched on October 2, 2018 by Officer I. Perez. Other material allegations in this section of the Complaint not specifically admitted are denied.

Count 2: Intentional Infliction of Emotional Distress

Page 6: Defendants admit that Plaintiff was searched on October 2, 2018 by Officer I. Perez. Other material allegations in this section of the Complaint not specifically admitted are denied.

Count 3: Deliberate Indifference

Page 7: All material allegations in the section of the Complaint are denied based on a lack of information and knowledge.

### PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Page 8: Answering Defendants admit that Plaintiff filed staff complaint number RJD-18-07894. Other material allegations in this section of the Complaint not specifically admitted are denied.

///
///
///

---

[1] All citations refer to the pagination assigned to the document by the CM / ECF system.

## E. RELIEF REQUESTED

Page 9: Answering Defendants deny that Plaintiff is entitled to the requested relief, or any relief. Other material allegations in this section of the Complaint not specifically admitted are denied.

## AFFIRMATIVE DEFENSES

Answering Defendants assert the following affirmative defenses:

### First Affirmative Defense

### (Failure to Exhaust Administrative Remedies)

Plaintiff's claims are barred by 42 U.S.C. § 1997e(a), in that Plaintiff failed to exhaust his administrative remedies as to the Answering Defendants and/or claims asserted in this action.

### Second Affirmative Defense

### (Qualified Immunity)

Answering Defendants are entitled to qualified immunity because there can be no violation based on the facts alleged or presented, and because Answering Defendants' conduct did not violate clearly established law of which a reasonable person would have known. At all relevant times, Answering Defendants acted within the scope of discretion, with due care, with a good-faith fulfillment of responsibilities pursuant to applicable statutes, rules, regulations, and practices, and with the good-faith belief that the actions comported with the Constitution and all applicable federal and state laws.

### Third Affirmative Defense

### (Immunity Under 11th Amendment and Other Immunities)

Answering Defendants are immune from damages in their official capacity under the Eleventh Amendment. Answering Defendants are immune under state law, including under Government Code section 820.2.

///

///

3

Defs.' Answer to the Compl. and Demand for Jury Trial (19cv1499-WQH-AHG)

## Fourth Affirmative Defense
## (Liability for Contributory Conduct)

Plaintiff's alleged injuries or damages were the result of his own negligent or deliberate actions.

## Fifth Affirmative Defense
## (*Heck v. Humphry*)

Plaintiff's claims are barred by *Heck v Humphrey*, 512 U.S. 477 (1994) and *Wilkinson v. Dotson*, 544 U.S. 74 (2005) because a judgment in his favor would necessarily imply the invalidity of a guilty finding.

## Sixth Affirmative Defense
## (Failure to Comply with the Government Claims Act)

Plaintiff's claims are barred by California Government Code sections 905.2, 911.2 and 950.2 for failure to comply with the Government Claims Act.

## Seventh Affirmative Defense
## (Reservation of Right to Assert Additional Defenses)

Because the Complaint is couched in conclusory terms, Defendants cannot fully anticipate all affirmative defenses that may be applicable to this action. Accordingly, Defendants reserve the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable.

## DEMAND FOR JURY TRIAL

Answering Defendants hereby demand a trial before a jury on all issues presented by the Complaint triable to a jury.

**WHEREFORE**, Answering Defendants pray that:

1. Judgment be rendered in favor of Answering Defendants and against Plaintiff;

4

Defs.' Answer to the Compl. and Demand for Jury Trial (19cv1499-WQH-AHG)

2. Plaintiff take nothing by the Complaint;

3. Answering Defendants be awarded costs of suit incurred and attorney's fees herein; and

4. Answering Defendants be awarded such other and further relief as the Court may deem necessary and proper.

Dated: December 13, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General

*s/ LYNDSAY CRENSHAW*

LYNDSAY CRENSHAW
Deputy Attorney General
*Attorneys for Defendants
I. Perez, D. Coleman, O. Quionez, L. Rodrin, S. Chat, E. Bradley, M. Gonzalez, Y. Abdi, and Q. Jackson*

SD2019800761
72068579.docx

5

Defs.' Answer to the Compl. and Demand for Jury Trial (19cv1499-WQH-AHG)

# CERTIFICATE OF SERVICE

| Case Name: | **Rickelldrick White v. I. Perez, et al.** | No. | **19cv1499-WQH-AHG** |
|---|---|---|---|

I hereby certify that on <u>December 13, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 13, 2019</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Rickelldrick White
BA7413
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 13, 2019</u>, at San Diego, California.

| T. Houston | | *signature* |
|---|---|---|
| Declarant | | Signature |

SD2019800761
72075611.docx