# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE: The Hon. Allison H. Goddard

| FROM: J. Simmons, Deputy Clerk | RECEIVED DATE: January 9, 2020 |
|---|---|
| CASE NO. 19-cv-01499-WQH-AHG | DOC FILED BY: Rickelldrick White |
| CASE TITLE: White v. Perez et al | |
| DOCUMENT ENTITLED: Response to Defendants' Answer | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Fed.R.Civ.P. 7(a)(7)- Replies to answers (sur-replies) are not permitted absent a Court Order.

Date Forwarded: **January 10, 2020**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: January 10, 2020     CHAMBERS OF: The Honorable Allison H. Goddard

cc: All Parties     By: lc1