Rickelldrick White
I.D. # BA7413
(RJDCF) 480 Alta Rd
San Diego, CA 92179
Litigation Coordinator
619.661.7862
619.671.7566 (Fax)
<u>Pro se</u>, Litigant

#19CV1499-WQH-AHG

FILED
Jan 13 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ adriannag DEPUTY
NUNC PRO TUNC
1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RICKELLDRICK WHITE,

    Plaintiff,

Vs.

I. PEREZ, et al.,

    Defendants.

19CV1499-WQH-AHG

PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff Rickelldrick White, in response to Defendants' answer to her

-1-

Complaint, and deny or admit any material allegations, as follows:

//
//
//

Response to Parties

Parties subtitle B [Page 2]
as to numerals 1 and 2 the Plantiff admits these are the correct parties in the here entitled action.

Response to Cause of Action

Causes of Action subtitle C [Page 2]
as to count 1 Excessive Force the Plantiff concedes to Officer I. Perez's admission in part, that she was indeed searched on October 2, 2018. However this statement is in contradiction to his previous reporting.

as to count 2 Intentional Infliction of Emotional Distress the Plantiff concedes with Officer I. Perez's admission in part, that she was indeed searched on October 2, 2018. However this statement is in

-2-

contradiction to officer I. Perez's previous reporting.

As to count 3 Deliberate Indifference any material allegations in this section of the complaint are untimely and will be provided in discovery.

Relief Requested such title E [page 3]

as to the Defendants answer to this Plantiffs entitlement of relief on any injury the Plantiff now submits her midigation [if any] on her damages.

Affirmative Defenses

Plantiff submits the following opposition to the defendants Affirmative defense:

As to first affirmative defense of failure to exhaust administrative remedies Plantiff denies this as a fact. Please see Exhibit F.

As to second affirmative defense of Immunity under 11th admendment and other Immunities complaint

does make indication that defendants are being sued in their official capacity and ask leave of the court to amend complaint to remove official capacity.

As to fourth affirmative defense of liability for contributory conduct Plantiff takes the position that the defendants affirmative defense of liability contributory conduct as frivolous without merit and must fail.

As to fifth affirmative defense under Heck v. Humphry Plantiff's complaint makes no indication or allegations as to credit loss or reversal of Rule violation Report.

As to sixth affirmative defense failure to comply with the Government Claims act Plantiff denies this fact (Please see attached Document ORIM claim number 19002965)

# DEMAND FOR JURY TRIAL

Responding Plaintiff hereby demands a trial before a jury on all issues presented in her complaint triable to a jury.

WHEREFORE, Responding Plaintiff pray that:

1. Judgment be rendered in her favor against Defendants;
2. Defendants take nothing by the complaint in immunity;
3. Plaintiff be awarded attorney fees in full;
4. Plaintiff be awarded injunctive relief as the court may deem necessary in rehabilitation of physical health.

DATED: 1/4/2020

Respectfully submitted,

_____
RICKENDRICK WHITE,
Plaintiff, pro se


**Governor Gavin Newsom**

04/09/2019

Rickelldrick T. White BA7413
480 Alta Rd.
San Diego, CA 92179

RE: Document 19002965 Received 03/18/2019 for Rickelldrick T. White

Dear Rickelldrick White,

The documents you submitted on 03/18/2019, failed to comply with Government Code section 905.2(c). If you wish to file a claim with the Government Claims Program (GCP), please submit the $25 filing fee by check or money order made payable to the Government Claims Program (GCP). If you are unable to pay the filing fee, you may provide a Filing Fee Waiver Request. The Filing Fee Waiver Request form can be downloaded from www.dgs.ca.gov/orim/Forms.aspx

IMPORTANT NOTICE:
In order for tort claims to be considered timely, they must comply with the requirements of Government Code sections 905.2(c), 910 and 910.2, and be presented within six months of the original date of incident (see Government Code Section 901 and 911.2). If you respond later than six months, but prior to one year from the original date of incident, you must apply without delay for leave to present a late claim (Government Code Sections 911.2 through 911.4, inclusive, 946.6).

In order for contract claims to be considered timely, they must comply with the requirements of Government Code sections 905.2(c), 910, and 910.2, and be presented within one year of the original date of incident (see Government Code Section 901 and 911.2).

The GCP has no jurisdiction over tort or contract claims presented more than one year from the date of incident.

If you are an inmate, we must receive the $25 filing fee or Filing Fee Waiver Request with a certified copy of your inmate trust fund account, before we can process your originally submitted documents.

If you have questions about this matter, please feel free to contact GCP by phone, mail, or email using the contact information below. Please remember to reference the assigned claim number (19002965) in your communication.

Sincerely,

Government Claims Program
gcinfo@dgs.ca.gov

State of California — Department of Corrections and Rehabilitation

# Memorandum

Date : December 18, 2018

S\NF.K-131

To : WHITE, R.,
BA7413
Richard J. Donovan Correctional Facility

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # RJD-B-18-07894 SECOND LEVEL RESPONSE**

**APPEAL ISSUE:** It is your claim that on October 5, 2018 Correctional Officer, I. Perez, escorted you into a Housing Unit Sally Port to conduct an unclothed body search. You allege once inside the Housing Unit Sally Port, Officer Perez threw you against the wall and then to the floor. You further allege once on the floor, Officer Perez began striking you to the head. All issues unrelated to the allegation of staff misconduct must be appealed separately and will not be addressed in this response. You do not exhaust administrative remedies on any unrelated issue not covered in this response or concerning any staff member not identified by you in this complaint. If you are unable to name all involved staff you may request assistance in establishing their identity.

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal is:

➤ Being referred to Office of Internal Affairs.

**EFFECTIVE COMMUNICATION:**
A review of the Disability and Effective Communication System (DECS) revealed you have a Test of Adult Basic Education (TABE) level of 12.9, and do not require any special accommodation to achieve effective communication. You are currently a participant in the Mental Health Services Delivery System (MHSDS) at the Correctional Clinical Case Management System (CCCMS) level of care. Additionally, you are not in the Developmentally Disabled Program (DDP).

You will be interviewed during the process of your inquiry/investigation

**Your appeal is PARTIALLY GRANTED in that:**

➤ **Investigation**

This matter has been referred to the Office of Internal Affairs for follow-up and a possible investigation. If investigated, upon completion of that investigation, you will be notified as to whether the allegations were SUSTAINED, NOT SUSTAINED,

R. White #BA7413
RJD
430 Alta Rd
San Diego CA 92179

U.S District Curt
Southern District of California
Office of the Clerk
333 West Broadway Ste 420
San Diego CA 92101

RECEIVED
JAN 09 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

California Department of
Corrections and Rehabilitation