UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKELLDRICK WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>I. PEREZ, et al.,<br><br>        Defendants. | Case No.: 3:19-cv-1499-WQH-AHG<br><br>**ORDER RESETTING SECOND EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

  The Court held an Early Neutral Evaluation Conference ("ENE") in this case on March 16, 2020. ECF No. 17. Though the case did not settle at the ENE, being fully advised, the Court found that continued settlement discussions will be productive and scheduled a second ENE in this case for April 29, 2020. ECF No. 18.

  Due to a conflict on the Court's calendar, the Court hereby **RESETS** the second ENE and continued Case Management Conference ("CMC"), originally scheduled for April 29, 2020 at 10:00 a.m., to **May 20, 2020** at **9:30 a.m.** before the Honorable Allison H. Goddard. As such, the Court orders the following:

1. **IT IS ORDERED** that a second ENE will be held on **May 20, 2020** at **9:30 a.m.** before the Honorable Allison H. Goddard.

2. Since Plaintiff is incarcerated in a penal institution, the parties may appear for the ENE telephonically rather than in person. Although the Court has tentatively reserved the date and time with the Richard J. Donovan Correctional Facility, counsel for Defendant must contact the Correctional Facility to make any further arrangements necessary to ensure Plaintiff's appearance by telephone. The Court authorizes the parties to call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code on the day of the conference.

3. **Confidential ENE Statements Required:** No later than **May 11, 2020**, the parties shall submit confidential statements directly to the chambers of Magistrate Judge Goddard outlining the nature of the case, the claims, and the defenses. **These statements shall not be filed or served on opposing counsel.** Defendants' Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Plaintiff's Statement may be mailed to:

> **Chambers of Magistrate Judge Allison H. Goddard**
> **221 West Broadway, Suite 3142**
> **San Diego, California 92101**

The ENE statement is limited to **five (5) pages or less, and up to five (5) pages of exhibits or declarations.** Each party's ENE statement must outline:

A. the nature of the case and the claims,
B. position on liability or defense,
C. position regarding settlement of the case with a **specific demand/offer for settlement**, and
D. any previous settlement negotiations or mediation efforts.

//
//

4. Throughout this telephonic ENE, the Court will likely initiate separate, confidential calls with Plaintiff and Defendant. Accordingly, as with the previous ENE, it is likely that Defendant will be asked to hang up from the teleconference line and provide the Court with a phone number to use to speak confidentially.

5. **Case Management Conference:** The Court did not hold a CMC after the March 16, 2020 ENE. ECF No. 17. In the event the case does not settle at the second ENE on May 20, 2020, the Court will immediately thereafter hold the continued CMC pursuant to Fed. R. Civ. P 16(b). The Court notes that under Federal Rule of Civil Procedure 26(a)(1)(B)(iv), actions brought without counsel by an incarcerated individual are exempt from Federal Rule of Civil Procedure 26(f).

5. The Mandatory Procedures laid out in the Court's Order Setting Second ENE (ECF No. 18) remain in place, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated: April 6, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge